```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

SHAWN PAUL PHILLIPS, SR.,      )
 Plaintiff                 )
                           )
    v.        )   C.A. No. 11-cv-30259-MAP
                           )
MICHAEL J. ASTRUE,             )
 Defendant                 )


## ORDER OF DISMISSAL
## FOR FAILURE TO PROSECUTE AND
## FAILURE TO COMPLY WITH COURT ORDER

June 25, 2012

**PONSOR, U.S.D.J.**

    On November 15, 2011, Plaintiff filed his complaint and Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>.

    Defendant filed his answer and copy of the administrative record on February 13, 2012.  On February 14, 2012, the court issued its Social Security Procedural Order informing counsel that Plaintiff would be required to file his Motion for Order Reversing the Commissioner's Decision within forty-two days thereafter.  <u>See</u> Dkt. No. 7.  However, to date, no Motion for Order Reversing the Commissioner's Decision has been filed by Plaintiff.

    Based on the failure to prosecute, and the failure of Plaintiff to comply with the court's February 14, 2012 procedural order, this case is hereby ordered DISMISSED.  The clerk will enter judgment of dismissal.  The case may now be

closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge