# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN PAUL PHILLIPS, SR.,  )<br>　　Plaintiff(s)　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration,　)<br>　　Defendant(s)　　　　　　　　　) | CIVIL ACTION NO. 3:11-30259-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, dismissing this case for failure to prosecute.

　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:  June 25, 2012 　　　　　　　　By  /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment of Dismissal (SSA).wpd - 11/98)
　　　[jgm.]